UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | 23-mc-379 (JGK) |
| Plaintiff, | ORDER |
| - against - | |
| KEVIN B MERRILL, ET AL., | |
| Defendants. | |

JOHN G. KOELTL, District Judge:

The parties are directed to appear for a telephone conference on **November 3, 2023,** at **3:30 p.m.**

Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:   New York, New York
         November 2, 2023

/s/ John G. Koeltl
John G. Koeltl
United States District Judge