UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

SECURITIES AND EXCHANGE COMMISSION,          23-mc-379 (JGK)

                          Plaintiff,          ORDER

          - against -

KEVIN B MERRILL, ET AL.,

                          Defendants.

_____

JOHN G. KOELTL, District Judge:

     The Clerk is directed to close ECF No. 2. No action is

required by the Court at this time. See 28 U.S.C. § 754.

SO ORDERED.

Dated:    New York, New York
          November 6, 2023

                                   _____
                                        John G. Koeltl
                                   United States District Judge